UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

GAVIN MITCHELL VASQUEZ,                          Case No:      8:11-bk-11949-CPM
                                                 Chapter 7
         Debtor.
_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(ONLY AS TO COUNT II  - INJUNCTIVE RELIEF)**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Avenue, Suite 727, Tampa, FL 33602, and serve a copy on the movants' attorney, Joseph R. Fritz, Esquire, 4204 N. Nebraska Avenue, Tampa, FL 33603.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW, the Movant, **RALPH L. FELDKAMP d/b/a RALPH'S APPLIANCE SERVICE**, by and through the undersigned attorney, and respectfully represents:

1.  That on June 23, 2011, Debtor filed a Voluntary Petition under Chapter 7 of Title 11, United States Code.

2.  That movant is a Plaintiff in a civil action in State Court seeking money damages and injunctive relief against the Debtor herein.  Said case being Ralph L. Feldkamp d/b/a Ralph's

Appliance Service vs. Gavin Mitchell Vasquez, Case Number 11-CC-153852, in the County Court, in and for Hillsborough County, Florida.  A copy of the Complaint is attached hereto.

    3.  That movant only request relief from the stay to proceed with his request in Count II of the civil action aforementioned and will not attempt to collect the debt alleged in Count I.

    4.  That if the movant is not permitted to proceed with Count II - Injunctive Relief in the aforementioned civil action, he will suffer irreparable injury, loss and damage.

    WHEREFORE, the Movant, **RALPH L. FELDKAMP d/b/a RALPH'S APPLIANCE SERVICE,** prays that the automatic stay imposed by 11 U.S.C. 362(a) be modified, so as to permit him to proceed with injunctive relief sought in a civil matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Gavin Mitchell Vasquez, Debtor, P.O. Box 671, Aurburndale, FL 33823; Susan K. Woodard, Trustee, P.O. Box 7828, St. Petersburg, FL 33734-7828; and  U.S. Trustee's Office, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602; by U.S. Mail, this 7th day of September, 2011.

Respectfully submitted,
JOSEPH R. FRITZ, P.A.

BY: /s/ Joseph R. Fritz

**JOSEPH R. FRITZ, ESQUIRE**
Florida Bar No. 321931
4204 North Nebraska Avenue
Tampa, Florida 33603
Office:  (813) 237-4646
Fax: (813) 238-5182
Email: Fritzlaw@aol.com
Office Email: Lisa@fritzlawfl.com
(Attorney for Movant)