IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

RALPH L. FELDKAMP
d b a RALPH'S APPLIANCE SERVICE,

        Plaintiff,

vs.

        Case No. 11-CC-15382

        Division: "J"

GAVIN MITCHELL VASQUEZ,

        Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, **RALPH L. FELDKAMP d/b/a RALPH'S APPLIANCE SERVICE**, by and through the undersigned attorney, and sues the Defendant, **GAVIN MITCHELL VASQUEZ**, and alleges and says:

### GENERAL ALLEGATIONS

1. This is an action for money damages for more than $2,500.01, but less than $15,000.00, and injunctive relief, neither of which require the jurisdiction of Circuit Court but require the jurisdiction of County Court.

2. Plaintiff is an individual doing business in Tampa, Hillsborough County, Florida.

3. Defendant is an individual who at the time of the arise of this claim resided in Tampa, Hillsborough County, Florida.

4. That venue of this proceeding is correct as any sums due hereunder were to be paid in Tampa, Hillsborough County, Florida.

5. That on or about February 6, 2010, Plaintiff and Defendant entered into an at will employment agreement together with an agreement for non-competition and other business agreements, a true and correct copy is attached hereto and marked Exhibit "A".

## COUNT I - MONEY DAMAGES

6. Plaintiff re-alleges paragraphs 1 through 5.

7. That based upon the agreement in Exhibit "A", Plaintiff referred certain repair matters to the Defendant. The Defendant performed certain of these repairs and some of the repairs were insufficient and Plaintiff had to "make good" on the repairs and, in essence, back bill the Defendant for the repairs that Plaintiff had to effectuate, in essence, performing the warranty work of the Defendant. That attached hereto and marked Exhibit "B" are invoices for the labor and parts of the "make good" repairs.

8. That the agreement in Exhibit "A" calls for Defendant to reimburse any such sums spent as aforesaid.

9. That Defendant owes Plaintiff the sum of $3,829.92 that is due and owing.

10. That demand has been made for payment of said sums, and Defendant has failed and refused to pay same.

11. That Plaintiff has retained the undersigned and has agreed to pay him a reasonable fee for his services. That Plaintiff would allege that there is a complete absence of justiciable issues of law of fact herein and Plaintiff is entitled to the award of reasonable attorney's fees pursuant to Florida Statute 57.105. The agreement marked Exhibit "A" allows for Defendant to pay a reasonable fee to Plaintiff for attorney's fees.

WHEREFORE, Plaintiff requests that this Honorable Court enter judgment against Defendant for $3,829.92, together with interest, attorney fees, and court costs herein.

## COUNT II - INJUNCTIVE RELIEF

12. Plaintiff re-alleges paragraphs 1 through 5.

13. The Plaintiff and Defendant had a business arrangement in which the Plaintiff trained the Defendant to provide service work for appliances and did so at their own time and expense.

14. That Plaintiff and Defendant entered into an agreement as in Exhibit "A", by which the Defendant agreed to not compete with Plaintiff for an indeterminate period of time for an indeterminate area.

15. That the Plaintiff currently provides repair services in Orange, Polk, Hillsborough, Pasco, Pinellas, Sarasota, and Manatee County and has a list of clients in those counties.

16. That if the Defendant were allowed to go unrestrained, it could and would prejudice the rights of the Plaintiff, in that Plaintiff provided his training and allowed him to have contact with his customer base.

17. That allowing the Defendant to use his training and field provided for by Plaintiff and then to potentially take clients, service, and income from Plaintiff could and would cause an ongoing and continuing prejudice to the Plaintiff.

18. That Plaintiff has retained the undersigned and has agreed to pay him a reasonable fee for his services. That Plaintiff would allege that there is a complete absence of justiciable issues of law of fact herein and Plaintiff is entitled to the award of reasonable attorney's fees pursuant to Florida Statute 57.105. The agreement marked Exhibit "A" allows for Defendant to pay a reasonable fee to Plaintiff for attorney's fees.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order enjoining the Defendant from competing with the Plaintiff by keeping him from repairing appliances or HVAC equipment in any of the areas currently serviced by the Plaintiff for a reasonable period of time or

two years, which ever might seem right and just to the Court, and to grant such other relief as might

be right and just, and grant to Plaintiff a judgment for attorney fees and court costs herein.

Respectfully submitted,
JOSEPH R. FRITZ, P.A.

BY:

**JOSEPH R. FRITZ, ESQUIRE**
Florida Bar No. 321931
4204 North Nebraska Avenue
Tampa, Florida 33603
Office: (813) 237-4646
Fax: (813) 238-5182
(Attorney for Plaintiff)

# Exhibit "A"
## (consisting of 3 pages)

RALPH'S APPLIANCE SERVICE
8012 N HABANA AVE
TAMPA, FL. 33614
813-237-8773

SUBCONTRACTOR AGREEMENT

This is an agreement between Ralph's Appliance Service the (Company) Gavin Vasquez (henceforth known as (The Service Technician). The Service Technician acknowledges that The Service Technician is a sub-contractor and as such is governed by State and Federal regulations.

The Company will provide the sub-contractor leads for service calls. The sub-contractor will respond to those leads in a prompt and professional manner. The sub-contractor will use replacement parts equal to those being replaced but at no time inferior. The subcontractor will charge a fee according to the going rate for similar work in the geographic area of service. The sub-contractor is responsible for collecting money and paying the corresponding taxes, The sub-contractor is responsible for mailing, depositing or turning in all money collected to the company when requested . The sub-contractor is responsible for acquiring all licenses and insurances required by governmental entities, The subcontractor signer is personally responsible to The Company for all money collected and due to The Company.

This Agreement is cancellable by either party with a forty-eight (48) hour notice, provided all obligations are settled.

The agreed split between The Company and the sub-contractor is as follows:

Appliance Service60% and technician 40% or as agreed upon, after subtracting parts and/or credit card cost.

Sub Contractor shall be supplied various inventory for their service vehicle and shall be responsible for those inventories as checked per request of the (Company).

Sub-Contractor to check all conditions which may affect his work, and report any discrepancies before commencing work. Beginning work shall constitute acceptance of conditions affecting work.

Sub-Contractor shall remove from the premises any crates, cartons, boxes wrapping, or any other debris placed on site on a daily basis in connection with under this contract. There will be a definite back charge enforced if this condition is not met.

Should the Sub-Contractor fail to comply with the terms of this contract or fails to accomplish their work as to hinder the progress of the job, then the Company shall have the option to cancel this contract after furnishing a 48 hour written notice to the Sub-Contractor. Any cost paid by the Contractor to complete the work thereafter may be deducted from the balance remaining amount due under the contract. Ralph's appliance Service. will look to the Sub-Contractor for the reimbursement of all excess costs using all available means.

In the event any dispute or controversy occurs between the parties here to resulting in legal proceedings, the prevailing party shall be entitled to receive from the other party, their reasonable attorney's fees together with all relief as may be awarded.

Where Sub-Contractor's contract is used as an addendum, Ralph's Appliance Service Contract Agreement will supersede.


Date: 2 - 6 - 10

For "The Company" _____ (Us)

Sub-Contractor Date _____ (You)

# INDEPENDENT CONTRACTOR'S NONCOMPETITION AGREEMENT

FOR CONSIDERATION RECEIVED, this agreement made this 6th day of February, 2010 , by and between Ralph Feldkamp d/b/a Ralph's Appliance service  (hereinafter referred to as the "principal") and Gavin Mitchell Vasquez (hereinafter referred to as the "Consultant" ).

WHEREAS, the Principal desires to engage the services of the Consultant to assist the Principal in the operation of its business, it is agreed as follows:

1. Purpose.  The Principal engages the Consultant to assist the Principal in the operation of its business.

2. Term.  This agreement shall commence on February 6th 2010  and shall terminate on February 6th  2015.

Consultant shall not compete or provide any services relating to field or type of work that  Principal works at for a period of  5 years from date of signing of this agreement, Consultant  shall be liable to Principal for any and all funds acquired by Consultant during that stipulated time (NON COMPETE) above, including wages or commissions obtained doing the same kind of work (Appliance and Air conditioning sales or services) or provide services for any competitor of the principal, and in the geographical area of Florida.

3. Disclosure of Information.  The Consultant acknowledges that the list of the Principal's customers as it may exist from time to time is valuable, special and unique asset of the Principal's business.  The Consultant shall not, during or after the term of this agreement, disclose the list of the Principal's customers or any part thereof to any person, firm, corporation, association or other entity for any reason or purpose whatsoever.  In the event of a breach or threatened breach by the Consultant of the provisions of this paragraph, the Principal shall be entitled to an injunction restraining the Consultant from disclosing, in whole or in part, the list of the Principal's customers or from rendering any services to any person, firm, corporation, association or other entity to whom such list, in whole or in part, has been disclosed or is threatened to be disclosed.  Nothing herein shall be construed as prohibiting the Principal from pursuing

any other remedies available to the Principal for such breach or threatened breach, including the recovery of damages from the Consultant.

4. Notices. Any notice required or desired to be given under this agreement shall be deemed given if in writing sent by certified mail to his or her residence in the case of the Consultant or to its principal office in the case of the Principal.

5. Assignment. The Consultant acknowledges that the services to be rendered by him or her are unique and personal. Accordingly, the Consultant may not assign any of his or her rights or delegate any of his or her duties or obligations under this agreement. The rights and obligations of the Principal under this agreement shall inure to the benefit of and shall be binding upon the successors and assigns of the Principal.

6. Status of Consultant. The Consultant is engaged as an independent contractor and shall be treated as such for all purposes, including, but not limited to, federal and state taxation, withholding, unemployment insurance and worker's compensation. The Consultant will not be considered an employee for any purpose.

7. Entire Agreement. This agreement contains the entire understanding of the parties. It may not be changed orally but only by an agreement in writing signed by the party against whom enforcement of any waiver, change, modification, extension or discharge is sought.

IN WITNESS WHEREOF, the parties have executed this agreement the day and year first above written.

Principal                              Consultant

WITNESS:

# Exhibit "B"
## (consisting of 23 pages)

# MAKE ALL CHECKS PAYABLE TO:

## RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA, FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737



Landlord

Name Stone          Date 3-7-11
Address 2018 Garden st     Phone 813-781-2093
City Tampa, 33605     Phone

| PROBLEM | No cool | | |
|---|---|---|---|
| BRAND | Ge  Hot point | PRODUCT | Ref |
| MODEL | | SERIAL | |

## SERVICE RENDERED:   CB Gavin

Checked unit Found un.2 Frstd up
Replace Defrost heater TS De ice coil
Labor 2 hrs @ 79.00 = 158.00
parts 29.11

Customer Warrenty N/c

I have been given an estimate of repair, and
with my signature below, I authorize service
repair to be performed at price quoted.
**NO WARRANTY ON FREON**

ESTIMATE _____
SVC _____
TOTAL  187.11
DEPOSIT _____
BALANCE DUE _____

I authorize this repair. _____
Cancellations are not refundable.
Company liability is limited to amount of invoice. Must have invoice for any warranty work.

WARRANTY: We guarantee all parts installed by us against failure for a period of 30 days from above date. No other warranties implied or otherwise. No guarantee or warrenties implied on parts, labor, parts, labor shall be charged after 30 days from date of repair. Guarantee void if merchandise is moved from premises of original repair. Please note: The above charge does not save for repair job only. Our guarantee does not, of course, apply to any portion of your equipment on which we have no control whatsoever. Labor in our dollar, becomes necessary in the future they will be subject to our regular rate. Not responsible for food spoilage, water damage however it is necessary because of replacement parts, etc. are any damage or inconvenience. If customer is not at home when appointment has been made for free estimate, service is charged full master trip at our normal trip charge rate. Unt this payment is made, no further service shall be rendered by our firm unless he makes his payment in full.

I hereby accept above performed service as being satisfactory and acknowledge that equipment has been left
in good condition

Ralph
TECHNICIAN _____

CUSTOMER SIGNATURE _____
Back charge Gavin

# MAKE ALL CHECKS PAYABLE TO:
## RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737


BBB

Name _Provision Server / Benfield_ Date _3-8-11_
Address _1540 n. Dale mabry Hyw_ Phone _875-6717_
City _Tampa_ Phone _____

PROBLEM _order Install part for PC washer_
BRAND _____ PRODUCT _____
MODEL _____ SERIAL _____

## SERVICE RENDERED:

_Charge Batt Garison_

_Special order & Install seal clamp_
_for triple buct wash_

_Labor 1.75 Hr 138.25_

_Parts 46.12_

ESTIMATE _____
SVC _____
TOTAL _184.37_
DEPOSIT _____
BALANCE DUE _____

I have been given an estimate of repair, and
with my signature below, I authorize service
repair to be performed at price quoted.
**NO WARRANTY ON FREON** _____

I authorize this repair. _____
Cancellations are not refundable.
Company liability is limited to amount of invoice. Must have invoice for any warranty work.

I hereby accept above performed service as being satisfactory and acknowledge that equipment has been left
in good condition

TECHNICIAN _Ralf + John_

CUSTOMER SIGNATURE _____

MasterCard    VISA

# MAKE ALL CHECKS PAYABLE TO:
## RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA,FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737


BBB

Name _Im Vof_           Date _3-9-11_
Address _6832   mitchell   circle_   Phone _813-428-2351_
City _Tampa_   _33634_          Phone _____

| | |
|---|---|
| PROBLEM | _No Cool Prpa_ |
| BRAND _Fridgidare_ | PRODUCT _ReF_ |
| MODEL _____ | SERIAL _____ |

## SERVICE RENDERED:   _No Charge to Customer_

_C/o Gavin V_

_checked Freon pattern  Found Burnt up Relay Assy_
_Due to overcharged By Gavin_
_parts_
_Dropped R-134 charge to prope Level_
_1.5 HRS @ 79.⁰  118.50_
_Relay kit  29.33_
_warranty By Ralph_

I have been given an estimate of repair, and
with my signature below, I authorize service
repair to be performed at price quoted.
**NO WARRANTY ON FREON** _____

ESTIMATE _____
SVC _____
**TOTAL** _147.83_
DEPOSIT _____
BALANCE DUE _____

I authorize this repair. _____
Cancellations are not refundable.
Company liability is limited to amount of invoice. Must have invoice for any warranty work.

WARRANTY: Are guaranteed parts installed by us against failure for a period of 90 days from above date. No other warranties implied or otherwise. No guarantee or
are rubber   parts and  paint parts   when shall be charged after 30 days from date of repair. Guarantee used items handled is moved from premises of a special repair.
Repair rate (the above charge...over this time or repair job only, this guarantee does not, of course, apply to any portion of your equipment on which we have not
perform  service. This means If this agent back is operated over the future they will be subject to our regular rates. Not responsible for food spoilage, water damage,
drain   damage due to lack of replacement parts, etc. and any damage or inconvenience if customer is not at home when appointment has been made for free
guarantee   call or   customer will be  invoiced for   wasted trip at our normal trip charge rate. Unit if no payment is made, no further service shall be rendered by our material
unless so indicated on the invoice at that.

I hereby accept above performed service as being satisfactory and acknowledge that equipment has been left
in good condition.

_Ralph & John_
TECHNICIAN

MASTERCARD

VISA

_____
CUSTOMER SIGNATURE
_Bgck Charge gavin V_

# MAKE ALL CHECKS PAYABLE TO:
## RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737



Name **Norwood**          Date **3-10-11**
Address **172 N. Lincoln circle**     Phone **727-492-1916**
City **St peta 33702**        Phone

| | |
|---|---|
| PROBLEM **No Spin** | |
| BRAND **Frigidare** | PRODUCT **washer FL** |
| MODEL | SERIAL |

## SERVICE RENDERED:  *No Charge Customer Warranty*

CB Gavin √
checked unit board wrong control board Replaced
ordered correct control board + Installed
Board
parts 193.10
Labor 197.50    2.5 HRS @ 79 °°

ESTIMATE _____
SVC _____
TOTAL **396.60**
DEPOSIT _____
BALANCE DUE _____

I have been given an estimate of repair, and
with my signature below, I authorize service
repair to be performed at price quoted.
*NO WARRANTY ON FREON* _____

I authorize this repair. _____
Cancellations are not refundable.
*Company liability is limited to amount of invoice. Must have invoice for any warranty work.*

GUARANTEE: We guarantee all parts installed by us against failure for a period of 30 days from above date. No other warranties implied or otherwise. We guarantee or will labor. Used and broken parts (when shall be charged after 30 days from date of repair. Guarantee used if merchandise is moved from premises of original repair. Please note: The above charge — over this store to repair job only. Our guarantee does not, of course, apply to any portion of your equipment on which we have no labor repair services. Furthermore, if we repair two or is necessary in the future they will be subject to our regular rate. Not responsible for food spoilage, water damages when customer sees fit with of replacement parts, or are any damage or inconvenience. If customer is not at home when appointment has been made for free guarantee service customer will be charged for wasted trip at our normal trip charge rate. On this payment is made, no further service shall be rendered by our firm unless otherwise made arrangements.

I hereby accept above performed service as being satisfactory and acknowledge that equipment has been left
in good condition

**Ralph & John**
TECHNICIAN

VISA

CUSTOMER SIGNATURE

*Charge Back Gavin √*

# MAKE ALL CHECKS PAYABLE TO:

## RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737


BBB

Name _Tasler_ Date _3-10-11_
Address _4404 carrolwood village D~_ Phone _813-601-5666_
City _Tampa_ _33618_ Phone ____

| PROBLEM | _Leaky water_ |
|---|---|
| BRAND _Ge_ | PRODUCT _washer_ |
| MODEL ____ | SERIAL ____ |

## SERVICE RENDERED: _Charge Back G on in_

_Over + Install part washer Lid assembly_
_Disassemble complete control center +_
_Replace Lid assembly + Reinstall controls_
_Checked operation ok_

_Labor 2.5 /Hr Ralph +1 Helper svc⁰ᵗ + 197.50_
_parts 219.16_

| | |
|---|---|
| ESTIMATE | _416.66_ |
| SVC | _416.66_ |
| TOTAL | ~~416.66~~ |
| DEPOSIT | |
| BALANCE DUE | |

I have been given an estimate of repair, and with my signature below, I authorize service repair to be performed at price quoted.
**NO WARRANTY ON FREON**

I authorize this repair. ____

Cancellations are not refundable.
Company liability is limited to amount of invoice. Must have invoice for any warranty work.

WARRANTY: We guarantee all parts installed by us against failure for a period of 30 days from above date. No other warranty implied or otherwise. No guarantee or warranty on labor. All parts carry 30 day labor. Labor shall be charged after 30 days from date of repair. Guarantee void if merchandise is moved from premises of original repair. Repair note: The above charges covers service on repair job only. Our guarantee does not, of course, apply to any portion of your equipment on which we have not worked. Labor charges cover labor of new repair, does not necessarily of the future, they will be subject to our regular rates. Not responsible for food spoilage, water damage or freon damage due to lack of replacement parts etc. are any damage of inconvenience. If customer is not at home when appointment has been made for free guarantee service, a charge will be charged for waste of trip at our normal trip charge rate. Until final payment is made, no further service shall be rendered by our own orders or merchandise is not the same as ours.

I hereby accept above performed service as being satisfactory and acknowledge that equipment has been left in good condition.

_Ralph John Jeff_
TECHNICIAN


MasterCard    VISA

CUSTOMER SIGNATURE
_Charge Back on Gain ✓_

## MAKE ALL CHECKS PAYABLE TO:
### RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737



Name _MASON_    Date _3-14-11_
Address _168 E Davis Blvd_    Phone _813 404-6500_
City _Tampa_ _33606_    Phone _____

| PROBLEM | no clean dishes |
|---|---|
| BRAND Ge | PRODUCT D W |
| MODEL | SERIAL |

## SERVICE RENDERED:    CB Gavin ✓

Checked unit found Bad pump
Replaced pump
Labor 3 × 79.⁰⁰ = 237.⁰⁰ 2 trips
Parts from shelf   84.78

no Charge Customer warranty

I have been given an estimate of repair, and
with my signature below, I authorize service
repair to be performed at price quoted.
*NO WARRANTY ON FREON* _____

ESTIMATE _____
SVC _____
TOTAL _321.78_
DEPOSIT _____
BALANCE DUE _____

I authorize this repair. _____
**Cancellations are not refundable.**
*Company liability is limited to amount of invoice. Must have invoice for any warranty work.*

GUARANTEE: We guarantee all parts installed by us against failure for a period of 30 days from above date. No other warranties implied or otherwise. We guarantee or any rubber parts and all electric parts. Labor shall be charged after 30 days from date of repair. Guarantee and manufacturer is moved from premises of a signal repair. Please note the above charges have this labor or repair job only. Our guarantee does not, of course, apply to any portion of your equipment on which we have no labor. In no event however will if we replace these parts necessary for the future they will be subject to our regular rates. Not responsible for food spoilage, water damage or incidental cost or loss of replacement parts, etc. and any damage of inconvenience. If customer is not at home when appointment has been made for free guarantee service or some will be charged for wasted trip at our normal trip charge rate. Until this payment is made no further service shall be rendered to our firm.

*I hereby accept above performed service as being satisfactory and acknowledge that equipment has been left in good condition.*

_Ralph_
TECHNICIAN

CUSTOMER SIGNATURE
_Charge Back Gavin_

# MAKE ALL CHECKS PAYABLE TO:

## RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA, FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737



Name _Eddies Pizzaria_    Date _3-15-11_
Address _1250 Seminole Blvd_    Phone _727-432-2244_
City _Tampa Seminole 33720_    Phone _____

| PROBLEM | no Cool | | |
|---|---|---|---|
| BRAND _True_ | | PRODUCT _Cooler_ | |
| MODEL _Comm Cooler_ | | SERIAL | |

## SERVICE RENDERED:        CB Gavin V

Found Leak in evap coil
Remove 2 leaky Saddle valves Leaking
Pull to shop + Nitrosen charge unt to
locate leaks   Repair Leaks + Redeliver unt
Nitrosen  24.01
Torchs   15 +
Freon  12#5  186.00
Labor  6.5 HRS  513.50

no Charge to Customer warnty

I have been given an estimate of repair, and
with my signature below, I authorize service
repair to be performed at price quoted.
*NO WARRANTY ON FREON* _____

| ESTIMATE | _____ |
|---|---|
| SVC | _____ |
| **TOTAL** | _738.51_ |
| DEPOSIT | _____ |
| **BALANCE DUE** | _____ |

I authorize this repair. _____
Cancellations are not refundable.
*Company liability is limited to amount of invoice. Must have invoice for any warranty work.*

GUARANTEE: We guarantee all parts installed by us against failure for a period of 30 days from above date. No oil or material has implied or otherwise. It is guarantee on any rubber parts and is with parts labor shall be charged after 30 days from date of repair. Guarantee void if merchandise is moved from premises of original repair. Please note: The above charges cover this size in repair job only. Our guarantee does not, of course, apply to any portion of your equipment on which we have no information or access. If we repairs become necessary in the future, they will be subject to our regular rate. Not responsible for food spoilage, water damage etc. due to lack of replacement parts etc. are any damage or inconvenience. If customer is not at home when appointment has been made for free estimates service we cannot will be charged for wasted trip at our normal trip charge rate. Until this payment is made, no further service shall be rendered by our firm to have to owner is customer to our this customer bill.

I hereby accept above performed service as being satisfactory and acknowledge that equipment has been left in good condition.

_Ralph + John_ _____        _____
TECHNICIAN                    CUSTOMER SIGNATURE



_Charge Back Gavin V_

# MAKE ALL CHECKS PAYABLE TO:
## RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA, FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737


BBB

Name  CARMEO CANCIO          Date  3-30-11
Address  545 Bayshore Blvd    Phone  813-251-8444
City  Tampa, 33606            Phone  GE #141

| PROBLEM | NO Cook Dim Led | |
|---|---|---|
| BRAND | Thermador | PRODUCT  Oven |
| MODEL | | SERIAL |

## SERVICE RENDERED:    Charge Back Gavin

Sent Board in for Rebuilding Board came Back
Ok No need for Repair

Ralph & John completed call after wasted trip
to Customers to find parts retained by
Gavin knobs & screws
Returned

Shipping 2 ways  31.00
Board          219.49

Labor 5 Hr    3~~.~~ @ 79.00 = 395.00

ESTIMATE _____
SVC _____
TOTAL  645.49
DEPOSIT _____
BALANCE DUE _____

I have been given an estimate of repair, and with my signature below, I authorize service repair to be performed at price quoted.
NO WARRANTY ON FREON _____

I authorize this repair. _____
Cancellations are not refundable.
Company liability is limited to amount of invoice. Must have invoice for any warranty work.

TECHNICIAN  Ralph refs John


MasterCard    VISA

CUSTOMER SIGNATURE
Charge Back Gavin V

## MAKE ALL CHECKS PAYABLE TO:
## RALPH'S APPLIANCE SERVICES



HOME OFFICE
8012 N HABANA AVE
TAMPA, FL 33614

★ HILLSBOURGH 813-237-8773
★ PINELLAS 727-898-4315
★ CELL 813-240-8737


BBB

Name _Klases_____ Date _4-11-11_
Address _2802 Old Bayshore Wy_ Phone _813-532-6560_
City _Tampa, 33611_ Phone _____

| PROBLEM | No proper Commands |
|---|---|
| BRAND | Ken more |
| MODEL | |

| PRODUCT | Oven micro |
|---|---|
| SERIAL | |

**SERVICE RENDERED:**   CB GAViN

checked unit Found wrongs Bad part Blown up
due to wrong part
2 Trips one to Diagnose correctly 1- To Fix
parts 284.07
Labor 6.5 HR@ 79℃ = 513.54

i have been given an estimate of repair, and
with my signature below, i authorize service
repair to be performed at price quoted.
*NO WARRANTY ON FREON* _____

| ESTIMATE | _____ |
|---|---|
| SVC | _____ |
| TOTAL | _797.57_ |
| DEPOSIT | _____ |
| BALANCE DUE | _____ |

*I authorize this repair.* _____
**Cancellations are not refundable.**
*Company liability is limited to amount of invoice. Must have invoice for any warranty work.*

GUARANTEE: we guarantee all parts installed by us against failure for a period of 90 days from above date. No other warranties implied or otherwise are guaranteed or are rubber, glass and plastic parts can not shall be charged after 30 days from date of repair. Guarantee void if merchandise is moved from premises of original repair. Factory... The above charges over this service repair job only. Our guarantee does not, of course, apply to any portion of our equipment on which we have replaced. Under guarantee, if new parts become necessary in the future they will be subject to our regular rates. Not responsible for food spoilage, water damage if we installed use or lack of replacement parts, etc. or any damage of inconvenience. If customer is not at home when appointment has been made for the guarantee service a service call will be charged for wasted trip at our normal trip charge rate. Until this payment is made no further service shall be rendered by our firm in lieu of payment for services rendered by us.

*I hereby accept above performed service as being satisfactory and acknowledge that equipment has been left in good condition.*

_Raul + John_
TECHNICIAN

MasterCard


VISA

CUSTOMER SIGNATURE

_Chavebok GAViN ✓_

# Lst Source Servall Invoice Number: AB391649

 [Ba

## Bill To

721970
RALPH'S APPLIANCE SERVICE
8012 N HABANA
TAMPA , FL 33614

## Ship To

721970
RALPH'S APPLIANCE SERVICE
8012 N HABANA
TAMPA, FL 33614
Phone

## From

Branch: 39
(39) Call Ctr Houston
8450 Westpark Drive
Houston, TX 77063
Phone: 713.785.9011

## Information

Written By: Web Sales
Sales Rep: Ken Zawacki
Order Date: 01/07/2011
Required: 01/07/2011
Order Type: R
Sales Terms: 1
Sales Tax Rate: 0.000%
Customer PO: gv klages
Promotions: fall10 SDS010111
Ship Via: UPSC
UPS Tracking: 1Z7700610377091130

| | Item | Description | Notes/PO | Shipping Brs (Location) | Transfer# | Qty Ordered | Qty Shipped | B/C | Price | Extend. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WB36T10735 | CONTROL PANEL ASS'Y BLK | gv klages | 31 (Main Distribution Center: HOUSTON) | | 1 | 1 | C | 78.71 | 78. |

| | |
|---|---|
| Subtotal: | 78. |
| Charges: | 7. |
| Sales Tax: | |
| Total: | 86.40 |

wrong
part
destroyed BY
G Avin

© 2011 Version 1.22

4/27/2011

Phone: 713.785.9011

## Ship To

721970
RALPH'S APPLIANCE SERVICE
8012 N HABANA
TAMPA, FL 33614
Phone:

## Information

Written By: **Web Sales**
Sales Rep: **Ken Zawacki**
Order Date: **01/19/2010**
Required: **01/19/2010**
Order Type: **R**
Sales Terms: **1**
Sales Tax Rate: **0.000%**
Customer PO: *Shop Stock*
Promotions: **fall09 JAN10SW SDS010110**
Ship Via: **UPSC**
UPS Tracking: **1Z7700610373657447**

| Line | Part# | Description | Notes/PO | Shipping Br# (Location) | Transfer# | Qty Ordered | Qty Shipped | B/C | Price | Extend |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WD26X10013 | MECHANISM ASSY PS KIT | | 31 (Main Distribution Center: HOUSTON) | | 1 | 1 | C | 76.99 | 76. |

| | | |
|---|---|---|
| Subtotal: | 76. |
| Charges: | 7. |
| Sales Tax: | |
| Total: | 84.7X |

© 2011 Version 1.22

# st Source Servall Invoice Number: BB390018

🖶 [Ba

## Bill To

721970
RALPH'S APPLIANCE SERVICE
8012 N HABANA
TAMPA , FL 33614

## From

Branch: 39
(39) Call Ctr Houston
8450 Westpark Drive
Houston, TX 77063
Phone: 713.785.9011

## Ship To

721970
RALPH'S APPLIANCE SERVICE
8012 N HABANA
TAMPA, FL 33614
Phone:

## Information

Written By: Web Sales
Sales Rep: Ken Zawacki
Order Date: 02/01/2011
Required: 02/01/2011
Order Type: R
Sales Terms: 1
Sales Tax Rate: 0.000%
Customer PO: gv klages
Promotions: fall10 SDS020111 JAN2011SW
Ship Via: UPSC
UPS Tracking: 1Z7700610375166803

| Part# | Description | Notes/PO | Shipping Br# (Location) | Transfer# | Qty Ordered | Qty Shipped | B/C | Price | Extend |
|-------|-------------|----------|--------------------------|-----------|-------------|-------------|-----|-------|--------|
| WB27T10500 | OVEN CONTROL (TO1027) | gv klages | 31 (Main Distribution Center: HOUSTON) | | 1 | 1 | C | 74.62 | 74.( |

|  |  |
|--|--|
| Subtotal: | 74.( |
| Charges: | 7.( |
| Sales Tax: | |
| Total: | 82.3 |

© 2011 Version 1.22

wrong
MAUL

4/27/2011

TAMPA , FL 33614

Houston, TX 77003

Phone: 713.785.9011

## Ship To

721970
RALPH'S APPLIANCE
SERVICE
8012 N HABANA
TAMPA, FL 33614
Phone:

## Information

Written By: **Web Sales**
Sales Rep: **Ken Zawacki**
Order Date: **03/02/2011**
Required: **03/02/2011**
Order Type: **R**
Sales Terms: **1**
Sales Tax Rate: **0.000%**
Customer PO: **SH REPAIR**
Promotions: **SPRING11 MAR2011SW SDS0311**
Ship Via: **UPSC**
UPS Tracking: **1Z7700610374982754**

| Line | Part | Description | Notes/PO | Shipping Br# (Location) | Transfer# | Qty Ordered | Qty Shipped | B/C | Price | Extended |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W10205841 | CNTRLELEC | SH REPAIR | 31 (Main Distribution Center: HOUSTON) | | 1 | 1 | C | 71.73 | 71.7: |

|  |  |
|---|---|
| Subtotal: | 71.7: |
| Charges: | 7.7: |
| Sales Tax: | |
| Total: | 79.4! |

*Norwood wrong part installed*

© 2011 Version 1.22

# Provisioned Services Work Order: R38349

Phone: (316) 263-1196
Fax: (316) 263-8822

Please Contact Clark McDonald (866-529-1196) for any questions regarding this WO.
Vendor must provide **W-9 and Certificate of Insurance prior to initiating work.**
Fax Information to 316-263-8822. Failure to provide this information may delay payment.
Vendor must notify Provisioned Services upon completion.
Invoice needs to show labour, material, and all applicable taxes.
Manager's Signature is required on the sign-off sheet.

| Vendor Information | Service Information |
|---|---|
| Vendor: Ralph's Appliance Repair | Customer: Banfield Pet Hospital |
|     Tampa, FL | Store #: 321 |
| Phone: 813-237-8773 | Store Name: |
| Fax: 813-237-0020 | Banfield Pet Hospital #321 |
| Contact: | 1540 N Dale Mabry Hwy |
| Scheduled For Date: 3/5/2011 | Tampa, FL 33607-2551 |
| | Phone No: (813) 875-6702 |
| | Contact: Petra H.-Y. or Dr. Stephanie M |

DO NOT EXCEED(DNE):    $200.00

If DNE will not cover work needing to be performed (including all taxes) vendor must contact the above referenced PSI contact for approval or excess may not be paid nor will lien attach for excess amount.
Call 866-529-1196 to speak to your PSI Project Manager.

| FAX INVOICE TO: | MAIL INVOICE TO: |
|---|---|
| (316) 263-8822 | Provisioned Services, Inc.<br>1630 West Harry<br>Wichita, KS 67213 |

## WORK DESCRIPTION:

Tech needed to repair the washing machine- unit is leaking badly from the bottom. Kenmore HE (front loading) Model: 110.4586240 Serial: CSS1506789. Please contact Petra Hofmann-Yekulis or Dr. Stephanie Montor beforehand to schedule time and date of repair.

Contact hospital to schedule prior to going on site.
Call PSI when on site with any questions. 866-529-1196.
Tech MUST contact PSI if going over DNE.
Get manager's signature upon completion.

## WORK AUTHORIZED:

Subject to the following terms and conditions:

Initiation of work constitutes acceptance of the terms. Contract is subject to the laws of the State of Kansas. This contract shall not be
sub-contracted without prior approval from Provisioned Services. If vendor exceeds the DNE without prior approval, vendor agrees such
failure will constitute a waiver of any rights to a lien over the DNE amount. Store managers and personnel are not permitted to approve
additional work that needs to be performed, please contact PSI for consideration and written approval.

No paperwork is to be left at the job site. Invoice and sign off sheet must be submitted within 10 days upon completion of services.
Failure to do so will result in non-payment. Payment terms are NET 30.

Any controversy or claim arising out of or relating to this order or the breach thereof shall be brought exclusively in the Sedgwick County
District Court or the United States District Court for the District of Kansas at Wichita, Kansas, to the exclusion of all other courts and tribunals.

Vendor agrees that it will pay Provisioned Services all costs and reasonable attorneys' fees incurred by Provisioned Services in the
enforcement of this order, whether by the way of the seeking equitable relief or an action for damages.

110.45862 400
CSS1506789

# Provisioned Services Sign Off Sheet:

Phone: (316) 263-1196

Fax: (316) 263-8822

**WORK ORDER:R3834?**

Please have store manager or employee sign this form upon completion and fax to:
(316) 263-8822

## SERVICE LOCATION

| | |
|---|---|
| Customer: | Banfield Pet Hospital |
| Store #: | 321 |
| Store Name: | Banfield Pet Hospital |
| | Banfield Pet Hospital #321<br>1540 N Dale Mabry Hwy<br>Tampa, FL 33607-2551 |
| Phone No: | (813) 875-6702 |
| Contact | Petra H.-Y. or Dr. Stephanie M |

**Problem Description:**
Tech needed to repair the washing machine- unit is leaking badly from the bottom. Kenmore HE (front loading) Model: 110.4586240 Serial: CSS1506789. Please contact Petra Hofmann-Yekulis or Dr. Stephanie Montor beforehand to schedule time and date of repair.

Contact hospital to schedule prior to going on site.
Call PSI when on site with any questions. 866-529-1196.
Tech MUST contact PSI if going over DNE.
Get manager's signature upon completion.

**VENDOR:**

1. Is all debris/dust cleaned up? _Yes_

2. Is all work complete? _____ IF NO, please explain _need PACTS_

_____

3. Has store manager signed this form? _Yes_

**STORE MANAGER:**

1. Was work completed to your satisfaction? _____ IF NO, please explain _____

_____

2. Was vendor prompt and courteous? _____ IF NO, please explain _____

_____

Store Manager Name: _____

Signature: _____ Date: _____

# 1st Source Servall Invoice Number: CB391107

[Bac

## Bill To

721970
RALPH'S APPLIANCE SERVICE
8012 N HABANA
TAMPA , FL 33614

## From

Branch: 39
(39) Call Ctr Houston
8450 Westpark Drive
Houston, TX 77063
Phone: 713.785.9011

## Ship To

721970
RALPH'S APPLIANCE SERVICE
8012 N HABANA
TAMPA, FL 33614
Phone:

## Information

| | |
|---|---|
| Written By: | **Web Sales** |
| Sales Rep: | **Ken Zawacki** |
| Order Date: | **03/04/2011** |
| Required: | **03/04/2011** |
| Order Type: | **R** |
| Sales Terms: | **1** |
| Sales Tax Rate: | **0.000%** |
| Customer PO: | **gv norwood** |
| Promotions: | **SPRING11 MAR2011SW SDS0311** |
| Ship Via: | **UPSC** |
| UPS Tracking: | **1Z7519300348515067** |

| Line | Parts | Description | Notes/PO | Shipping Br# (Location) | Transfer# | Qty Ordered | Qty Shipped | B/C | Price | Extende |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 137005000 | CONTROL BOARD | gv norwood | 33 (Branch: Beaumont, TX) | | 1 | 1 | C | 106.84 | 106.8 |

| | |
|---|---|
| Subtotal: | 106.8 |
| Charges: | 7.7 |
| Sales Tax: | |
| Total: | 114.5 |

© 2011 Version 1.22

*Norwood
Right part*

TAMPA , FL 33614

Phone: **586.754.9988**

## Ship To

721970
RALPH'S APPLIANCE
SERVICE
8012 N HABANA
TAMPA, FL 33614

# Information

Written By: **Karen Zielinski**
Sales Rep: **Ken Zawacki**
Order Date: **03/07/2011**
Required: **03/07/2011**
Order Type: **R**
Sales Terms: **1**
Sales Tax Rate: **0.000%**
Customer PO: **gv proision**
Promotions: **SPRING11 MAR2011SW SDS0311**
Ship Via: **UPS1P**
UPS Tracking: **1Z7700610174539371**

| Ln# | Part# | Description | Notes/PO | Shipping Br# (Location) | Transfer# | Qty Ordered | Qty Shipped | B/C | Price | Extended |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8182211 | CLAMP | | 31 (Main Distribution Center: HOUSTON) | | 1 | 1 | C | 2.77 | 2.77 |

|  |  |
|---|---|
| Subtotal: | 2.77 |
| Charges: | 43.35 |
| Sales Tax: | |
| Total: | 46.12 |

© 2011 Version 1.22

# Preferred Contractors Board Repair

P.C.B.R
PO Box 5544
Kingwood, TX 77325-5544

(281)584-0660
customer-service@pcbr.biz

# Invoice

| DATE | INVOICE # |
|---|---|
| 03 15 2011 | 5031511 |

| TERMS | DUE DATE |
|---|---|
| Due on receipt | 03 15 2011 |

| BILL TO | SHIP TO |
|---|---|
| Ralph's Appliance Service<br>8012 N. Habana Ave<br>Tampa, FL  33614<br>813-237-8773 | Ralph's Appliance Service<br>8012 N. Habana Ave<br>Tampa, FL  33614 |

| AMOUNT DUE | ENCLOSED |
|---|---|
| $235.49 | |

| SHIP DATE | SHIP VIA | TRACKING # | ID Number |
|---|---|---|---|
| 03 22 2011 | ups | 1Z4546W5037366979 | 0315113 |

| Date | Activity | Amount |
|---|---|---|
| 03 22 2011 | Board Part # 369171 | 219.99 |

C AC. D

| | |
|---|---|
| SUBTOTAL | $219.99 |
| TAX (8 25%) | $0.00 |
| SHIPPING | $15.50 |
| TOTAL | $235.49 |