UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

Gavin Mitchell Vasquez,                              8:11-bk-11949-CPM

    Debtor*

ORDER DENYING MOTION FOR RELIEF FROM STAY

    THIS CASE came on for consideration without a hearing on the Motion for Relief From Stay, filed by Ralph L. Feldkamp (Doc. No. 10) ("Motion").  The Motion contains the negative notice legend allowed by Local Rule 2002-4; however, it fails to comply with the change to Local Rule 2002-4, that became effective on December 1, 2009, which changed the objection period from 20 days to 21 days.   Accordingly, it is

    ORDERED that the Motion is denied with leave for the movant to file an amended motion, without paying the necessity of paying an additional filing fee.

                                                                      BY THE COURT

Dated: September 14, 2011

                                                                  Catherine Peek McEwen
                                                                  United States Bankruptcy Judge

*All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.