IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

GAVIN MITCHELL VASQUEZ,

    Debtor(s)
_____/

Chapter 7 Case
Case No. 8:11-bk-11949-CPM

## ANSWER TO
## AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW the Debtor, GAVIN MITCHELL VASQUEZ, and answers the Motion For Relief From Automatic Stay filed by Movant, RALPH L. FELDKAMP, and admits the allegations in paragraphs 1 and 2, but denies the allegations in paragraph 3 and 4. That the Subcontractor Agreement and attached Independent Contractor's Noncompetition Agreement dated February 6, 2010 (the Agreement) is unenforceable under the laws of Florida, for the following reasons:

1. That any employment agreement must include a reasonable amount of time, scope of work and area of work; and none of this was included in the Agreement. The Agreement referred to the entire state of Florida (paragraph 2) which is unreasonable.

2. That for all of his adult life, VASQUEZ has made his living by repairing appliances and he has no other way to support his family. The bankruptcy proceedings should have taken care of all of the outstanding contracts that involved the Debtor.

3. That the Debtor, VASQUEZ, currently works only in Orange, Osceola, and Polk County, Florida, and his employment does not infringe upon any territories, nor has he taken any clients away from Movant, FELDKAMP.

4. That Movant, FELDKAMP, violated the terms of the Agreement in that during the time that Debtor, VASQUEZ, was employed by Movant, he was never paid for his services timely, was given a series of bad checks for his commissions, and FELDKAMP still owes him money for his services.

5. That Movant, FELDKAMP, violated the terms of the Agreement in that he fired Debtor, VASQUEZ, without cause. When VASQUEZ was leaving FELDKAMP's property, FELDKAMP attacked him without cause, choking him and throwing him into a toolbox.

WHEREFORE, Debtor, VASQUEZ, prays that this court deny the Movant's Motion For Relief From Automatic Stay and prohibit FELDKAMP from proceeding with injunctive relief in the civil matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed on this 21st day of September, 2010, to the following:

Susan K. Woodard, Trustee, P.O. Box 7828, St. Petersburg, FL  33734-7828
U.S. Trustee's Office, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL  33602
Joseph R. Fritz, Esquire, 4204 North Nebraska Avenue, Tampa, FL  33603

Gavin Mitchell Vasquez
P.O. Box 671
Auburndale, FL  33823