UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

GAVIN MITCHELL VASQUEZ,            Case No:     8:11-bk-11949-CPM
                                   Chapter 7
    Debtor.
_____/

**ORDER GRANTING AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(ONLY AS TO COUNT II  - INJUNCTIVE RELIEF)**

    THIS CAUSE came before the Court on October 25, 2011, at 9:30 a.m., upon the Amended Motion for Relief from Stay Only as to Count II - Injunctive Relief (Doc. No. 14) filed by RALPH L. FELDKAMP d/b/a RALPH's APPLIANCE SERVICE ("Movant") and upon the Answer filed by GAVIN MITCHELL VASQUEZ ("Debtor").  The Court having reviewed the court file,  having heard argument of counsel, and being fully advised in the premises, it is thereupon

    ORDERED, ADJUDGED AND DECREED

    1.  That the Amended Motion for Relief from Stay (Only as to Count II - Injunctive Relief) is GRANTED.

    2.  That the stay imposed by 11 U.S.C., 362 is lifted for the sole purpose of allowing the Movant to proceed in State Court in the case of Ralph L. Feldkamp d/b/a Ralph's Appliance Service vs. Gavin Mitchell Vasquez, Case Number 11-CC-153852, in the County Court, in and for Hillsborough County, Florida, as to their Count for Injunctive Relief related to an employment or non-compete agreement.

3. The stay is also lifted to allow Movant to liquidate any fees and costs but shall take no further action on any amount so liquidated without further Order of this Court.

4. The stay is NOT lifted as to the Count I - Money Damages, as this count seeks repayment of monies due.

DONE AND ORDERED in Chambers at Tampa, Florida on November 09, 2011.

**CATHERINE PEEK McEWEN**
**United States Bankruptcy Judge**

Copies to:

Joseph R. Fritz, Esquire, 4204 North Nebraska Avenue, Tampa, FL 33603
Gavin Mitchell Vasquez, Debtor, P.O. Box 671, Auburndale, FL 33823
Susan K. Woodard, Trustee, P.O. Box 7828, St. Petersburg, FL 33734-7828
U.S. Trustee's Office, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602