Certificate Number: 05375-FLM-DE-016929138

Bankruptcy Case Number: 11-11949



05375-FLM-DE-016929138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 26, 2011</u>, at <u>2:51</u> o'clock <u>PM PST</u>, <u>Gavin M Vasquez</u> completed a course on personal financial management given <u>by internet</u> by <u>1$t Choice Credit Counseling & Financial Education a/k/a DBSM, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:   <u>December 26, 2011</u>         By:   <u>/s/Carol Camarena</u>

                                        Name:  <u>Carol Camarena</u>

                                        Title: <u>Counselor</u>